

JS-6

# DEATH PENALTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVELL FRIERSON,<br>Petitioner,<br>vs.<br>ERIC ARNOLD, Warden, California State Prison at San Quentin,<br>Respondent. | Case No.: CV 14-5775 DDP<br>JUDGMENT |

For the reasons set forth in the Order Denying and Dismissing Petition for Writ of Habeas Corpus, issued simultaneously with this judgment Petitioner Lavell Frierson's Petition for Writ for Habeas Corpus, filed on July 24, 2014 is DENIED and DISMISSED with prejudice. Further, because Petitioner has not made a substantial showing of the denial of a constitutional right, the Court on its own motion declines to issue a certificate of appealability. This order constitutes final disposition of the petition by the Court.

**IT IS SO ORDERED.**

Dated this 25th day of August 2015

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE